DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHERYL A. YOUNG-MOFFETT,**
Appellant,

v.

**WAYNE AUSTIN MOFFETT,**
Appellee.

No. 4D2024-2512

[January 8, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, II, Judge; L.T. Case No. 502022DR007108SBFX.

Ralph T. White of The Law Office of RT White, Palm Beach Gardens, for appellant.

Ronald K. Lantz, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***